The Honorable Judge Ricardo S. Martinez

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WILLIAM CONRAD, | Case No. 3:20-cv-05215-RSM |
| Plaintiff, | **ORDER STAYING CASE** |
| v | |
| C R BARD INCORPORATED, et al | |
| Defendants, | |

Upon consideration of the Parties' NOTICE OF SETTLEMENT AND JOINT MOTION TO STAY DEADLINES and [PROPOSED] ORDER, and for good cause appearing, **IT IS HEREBY ORDERED** that the Parties' Motion is GRANTED, and all deadlines are hereby stayed for one hundred and twenty (120) days after the entry of this Order to allow the Parties to finalize the settlement of this matter.

IT IS SO ORDERED this 8th day of October 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE