**The Honorable Judge Ricardo S. Martinez**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WILLIAM CONRAD, | Case No. 3:20-cv-05215-RSM |
| Plaintiff, | **ORDER STAYING CASE** |
| v | |
| C R BARD INCORPORATED, et al | |
| Defendants, | |

Upon consideration of the Parties' JOINT MOTION TO STAY DEADLINES and ORDER, and for good cause appearing, **IT IS HEREBY ORDERED** that the Parties' Motion is GRANTED, and all deadlines are hereby stayed for sixty (60) days after the entry of this Order to allow the Parties to finalize the settlement of this matter.

IT IS SO ORDERED this 8th day of February 2021.



RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE