1

2

3

4

5

The Honorable Judge Ricardo S. Martinez

6            IN THE UNITED STATES DISTRICT COURT

7         FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| 8  WILLIAM CONRAD, | Case No. 3:20-cv-05215-RSM |
| 9       Plaintiff, | **ORDER STAYING CASE** |
| 10      v | |
| 11  C R BARD INCORPORATED, et al | |
| 12      Defendants, | |

13

14        Upon consideration of the Parties' JOINT MOTION TO EXTEND STAY and

15   ORDER, and for good cause appearing, **IT IS HEREBY ORDERED** that the Parties'

16   Motion is GRANTED, and all deadlines are hereby stayed for additional sixty (60) days

17   after the entry of this Order to allow the Parties to finalize the settlement of this matter.

18        IT IS SO ORDERED this 12th day of April 2021.

19

20

21

22   _____
     RICARDO S. MARTINEZ
23   CHIEF UNITED STATES DISTRICT JUDGE

24

25

26

27

28