THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WILLIAM CONRAD,<br><br>     Plaintiff,<br><br>vs.<br><br>C R BARD INCORPORATED, et al.,<br><br>     Defendants. | No. 3:20-cv-05215-RSM<br><br>ORDER GRANTING DISMISSAL WITHOUT PREJUDICE |

This matter comes before the Court on the Parties' Joint Stipulation of Dismissal Without Prejudice. IT IS HEREBY ORDERED that said Stipulation is GRANTED, and the case is dismissed without prejudice, with each party to bear its own attorneys' fees and costs.

DATED this 15th day of June, 2021.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE